Filed 3/27/13  P. v. Santos CA2/6
## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>OSCAR SANTOS,<br><br>    Defendant and Appellant. | 2d Crim. No. B240939<br>(Super. Ct. No. 2011021253)<br>(Ventura County) |

Oscar Santos appeals from the judgment entered after he pleaded guilty to possession of methamphetamine (Health & Saf. Code, § 11377, subd. (a)) and possession of burglary tools (Pen. Code, 466).  Pursuant to a negotiated plea, the trial court suspended imposition of sentence and placed appellant on formal probation for 36 months, with various terms and conditions, including that he serve 180 days in county jail.  The court imposed fees and stayed their payment for one year because appellant lacked the immediate ability to pay them.

On June 13, 2011, a police officer stopped appellant for driving a car with illegally tinted windows.  Appellant disclosed that he was on probation, and the officer searched the car.  He found a homemade lock pick set, an adjustable crescent wrench, a screwdriver, a utility knife, and a small plastic baggy that contained a usable quantity of crystal methamphetamine.

We appointed counsel to represent appellant on appeal. Counsel filed a brief raising no issues and requesting our independent review pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  We notified appellant that he had 30 days in which to advise us of any claims he wished us to consider.  We have received no response from appellant.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende, supra*, 25 Cal.3d at p. 441.)  The judgment is affirmed.

NOT TO BE PUBLISHED

PERREN, J.

We concur:

GILBERT, P.J.

YEGAN, J.

Patricia M. Murphy, Judge

Superior Court County of Ventura

_____

Suzan E. Hier, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.